# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CT50 | 9250977 | TROIANO | VA 3138 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code | |
|---|---|---|
| 06/23/2021  1001 | 38 CFR 1.218(b)(29) | |

Place of Offense: 950 CAMPBELL AVE. W. HAVEN CT 06516 PARKING LOT #7

Offense Description: Factual Basis for Charge  HAZMAT ☐

PARKING IN SPACES POSTED AS RESERVED OR IN EXCESS OF TIME LIMIT.

### DEFENDANT INFORMATION

Last Name: EVANS
First Name: LEEONA

Tag No: 2AS JR9
State: CT
Year: 10
Make/Model: HONDA ACCORD
PASS ☐
Color: RED

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 15 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 45 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9250977*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JUNE 23, 20 21 while exercising my duties as a law enforcement officer in the 50 District of CT

WHILE ON PATROL I NOTICED A RED IN COLOR VEHICLE PARKED IN A "GSA BLIND REHAB ONLY" PARKING SPACE. THE VEHICLE HAS 5 PRIOR PARKING INFRACTIONS. SEE IR 1689 USDCVN 9250977 FOR DETAILS.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/23/2021  /s/
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/14/2021 14:54